# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LISA MARKS,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 06-571 OWW LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON DEFAULT JUDGMENT MOTION AND JUDGMENT THEREON** (Doc. 13) |

　　　　On September 18, 2006, plaintiff Columbia Pictures Film Production Asia Limited applied for entry of a default judgment by the Court in this copyright infringement case. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72-302(c)(19).

　　　　On October 11, 2006, the Magistrate Judge filed findings and recommendations that plaintiff be granted a $6,000 (six thousand dollar) default judgment, $1,912.03 in attorneys' fees and costs, and a permanent injunction against infringing plaintiff's copyright. The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within ten (10) days. *See* Rules 5(a) and 55(b)(2), Federal Rules of Civil Procedures. No objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. §636(b)(1)(C), the Court has carefully reviewed the entire file. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, it is HEREBY ORDERED THAT:

2  a.  The findings and recommendations issued by the Magistrate Judge on October 11, 2006 are ADOPTED in full.

4  b.  This Court ORDERS and ADJUDGES that:

5   1.  Defendant Lisa Marks shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion picture listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

8   2.  Defendant shall pay Plaintiff's attorneys' fees and costs of suit herein in the amount of One Thousand Nine Hundred Twelve Dollars and Three Cents ($1,912.03).

10  3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion picture:

*Kung Fu Hustle*; and

any other motion picture, whether now or in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) ("Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

Dated:   **October 30, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE